IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRUZ, et al., | CASE NO. CV-F-93-5070-LJO |
| Plaintiffs, | **ORDER RE: MOTION TO INTERVENE** |
| vs. | |
| FRESNO COUNTY, et al., | |
| Defendants. | |

_____/

The Court has received and reviewed FRESNO COUNTY SUPERIOR COURT'S ("County Court's") motion to intervene pursuant to Federal Rules of Civil Procedure Rule 24.  In its motion, the County Court: (1) moves to intervene in this action; and (2) seeks clarification of the February 25, 1994 "Stipulation re: Permanent Injunction; Order.  To move this case with efficiency on issues that are in actual dispute and not expend time on issues that are not in dispute, this Court ORDERS as follows:

1.  On or before **August 15, 2011**, any party who is objecting to the requested intervention must file a one-line notice of intent to file an objection, stating that the party intends to object to the intervention.  Although no party currently needs to state the reason, each party who files a notice of intent to file an objection must actually HAVE a reason to object before making that representation;

2.  If there is any party files a notice of intent to file an objection, then the Court will issue

      a briefing schedule order and reset the hearing date on the motion to intervene (the Court is not available for the currently scheduled date of September 8, 2011);

3. If there is no objection to the intervention motion, then the Court shall grant the unopposed motion to intervene, and will set a briefing schedule order and set a hearing on the motion to clarify the February 25, 1994 "STIPULATION RE PERMANENT INJUNCTION; ORDER."

IT IS SO ORDERED.

**Dated:   August 1, 2011**                  **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE