IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRUZ, et al., | CASE NO. CV-F-93-5070-LJO |
| Plaintiffs, | **ORDER TO RESET BRIEFING SCHEDULE** |
| vs. | Hearing:  Date: September 30, 2011 |
| FRESNO COUNTY, et al., | Time: 1:30 p.m. |
| | Dept.: 4 |
| Defendants. | |

Defense counsel filed a request to reset briefing and hearing dates for the Fresno County Superior Court's motion to intervene. On the basis of good cause, this Court:

1. ORDERS papers to oppose the motion to intervene to be filed and served no later than September 19, 2011;

2. RESETS the motion to intervene hearing to September 30, 2011 at 1:30 p.m. in Department 4 (LJO); and

3. ORDERS the Fresno Superior Court to file no reply papers, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   August 19, 2011**            /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1