IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRUZ, et al., <br><br> Plaintiffs, <br> vs. <br><br> FRESNO COUNTY, et al., <br><br> Defendants. <br> _____ / | CASE NO. CV-F-93-5070-LJO <br><br> **ORDER TO RESET BRIEFING SCHEDULE** <br><br> Hearing: Date: September 30, 2011 <br> Time: 1:30 p.m. <br> Dept.: 4 |

Defense counsel filed a request to reset briefing and hearing dates for the Fresno County Superior Court's motion to intervene. On the basis of good cause, this Court:

1. ORDERS papers to oppose the motion to intervene to be filed and served no later than September 19, 2011;

2. RESETS the motion to intervene hearing to September 30, 2011 at 1:30 p.m. in Department 4 (LJO); and

3. ORDERS the Fresno Superior Court to file no reply papers, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   August 19, 2011**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1