IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRUZ, et al.,<br><br>　　　　Plaintiffs,<br>　　vs.<br>FRESNO COUNTY, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV-F-93-5070-LJO<br><br>**ORDER RE: FURTHER BRIEFING**<br><br>Hearing:　Date: September 30, 2011<br>　　　　　**Time: 1:00 p.m. (NEW TIME**)<br>　　　　　Court: 4 |

**ORDER FOR REPLY PAPERS ON MOTION TO INTERVENE**

This Court has read and reviewed the County's opposition to the pending motion to intervene. This Court finds that a reply by the proposed intervenors, the Fresno County Superior Court, would be helpful to the resolution of this motion. Accordingly, the proposed intervenors shall file one reply to respond to both oppositions filed (Docs. 66, 69). **The reply shall be filed no later than September 26, 2011 and shall not exceed 20 pages in length.**

**ORDER REGARDING RECUSAL ISSUE**

The Court has received and reviewed, inter alia, the Declaration of John Hagar and the attachments thereto (Doc. 70). Those attachments include: (1) a memorandum dated March 1, 2011 to numerous people, including the undersigned in his position of the Presiding Judge of the Superior Court; and (2) a letter dated April 16, 1998 from County Counsel to the undersigned as the Presiding Judge of

1

the Superior Court. Both appear to be informative in nature.

The undersigned did not participate in the decisions that led to the document that is in question, and for that matter, has no recollection of receiving the informative documents. That said, there is no doubt that the documents must have been received by the undersigned. **If any party wishes to address the issue of recusal, that party shall file appropriate papers no later than September 26, 2011**.

### ORDER TO ADVANCE HEARING TIME

Because of a conflict with this Court's criminal calendar, the Court ADVANCES the September 30, 2011 hearing from 1:30 p.m. to 1:00 p.m. The hearing shall take place in Courtroom 4 (LJO). The parties should note the new time.

IT IS SO ORDERED.

Dated:   September 20, 2011          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE