KEVIN B. BRIGGS
  County Counsel
MICHAEL R. LINDEN
  Deputy County Counsel – State Bar No. 192485
2220 Tulare Street, Ste. 500
Fresno, California  93721
Telephone:  (559) 600-3479
Facsimile:   (559) 600-3480

JOHN H. HAGAR, ESQ. – State Bar No. 80139
1809 "S" Street, Suite 101-215
Sacramento, California 95811
Telephone:  (415) 215-2400

Attorneys for Defendants COUNTY OF FRESNO and MARGARET MIMS, FRESNO COUNTY SHERIFF

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOHN B. CRUZ, et al.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>                  Defendants. | Case No. 1:93-cv-05070-MCE (PC)<br><br>**ORDER GRANTING REQUEST TO MAKE TELEPHONIC APPEARANCE AT STATUS CONFERENCE RE. MOTION TO INTERVENE**<br><br>Date: December 1, 2011<br>Time: 10:00 a.m.<br>Ctrm.: 7<br>The Honorable Morrison C. England, Jr. |

   The request of defendants COUNTY OF FRESNO and MARGARET MIMS, Fresno County Sheriff (hereinafter "Defendants"), for their co-counsel, Deputy County Counsel Michael R. Linden to make a telephonic appearance at the status conference for the motion to intervene of the Fresno County Superior Court, scheduled for 10:00 a.m. on Thursday, December 1, 2001 in Courtroom 7 of the above-captioned court, came before the court through an ex parte submission on November 23, 2011.

///

///

1 | After receiving and reviewing Defendants' request, the Court hereby orders that
2 | this request is GRANTED.
3 | **IT IS SO ORDERED.**

5 | Dated: November 30, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE