KEVIN B. BRIGGS
 County Counsel
MICHAEL R. LINDEN
 Deputy County Counsel – State Bar No. 192485
2220 Tulare Street, Ste. 500
Fresno, California  93721
Telephone:  (559) 600-3479
Facsimile:   (559) 600-3480

JOHN H. HAGAR, ESQ. – State Bar No. 80139
1809 "S" Street, Suite 101-215
Sacramento, California 95811
Telephone:  (415) 215-2400

Attorneys for Defendants COUNTY OF FRESNO and MARGARET MIMS, FRESNO COUNTY SHERIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. CRUZ, et al., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>COUNTY OF FRESNO, *et al.*, <br><br>　　　　　Defendants. | Case No. 1:93-cv-05070-MCE <br><br>**STIPULATED MODIFICATION RE JAIL CAPACITY; ORDER** |

Unanticipated changes in fact and law have arisen that require the parties to modify the terms of the *Stipulation Re Permanent Injunction; Order* filed February 25, 1994 ("Order").  Specifically:

A.  At the time of the Order, defendants were engaged in programs to expand the Fresno County jail system, including the construction of additional jail housing units. The expansion was completed, and the new housing units staffed and made operational.  However, over the past several years unanticipated and severe budget shortfalls faced by the State of California ("State"), and by defendants, created circumstances whereby defendants have been unable to staff all of the housing units

1

in the Fresno County jail system. As a result, some housing units have been rendered unusable.

B. In response to serious budget shortfalls, and in response to a United States Supreme Court decision affirming a three-judge panel order requiring time-phased reductions of the inmate population in the California Department of Corrections and Rehabilitation ("CDCR"), the State has effectuated an unanticipated change in the California law governing incarceration responsibilities. Pursuant to recent legislation commonly known as "realignment" (including Assembly Bills 109 and 117), the State has transferred responsibility for the incarceration of certain classifications of offenders and parolees from state prison to county jails. However, questions have arisen concerning the availability of funding necessary to house these additional inmates in the Fresno County Jail. Furthermore, while the long term impact of realignment cannot yet be measured, serious initial problems have arisen because of: (a) the transfer of more inmates into the Fresno County Jail than the CDCR had estimated; (b) an increase in the average length of stay for inmates in the jail because of these transfers, thereby limiting the beds available for new bookings; (c) additional classification challenges created by the influx of former state prisoners; and (d) increased correctional and health care costs.

In addition, on July 14, 2011, the Fresno County Superior Court filed a motion to intervene in this matter, seeking clarification of the term "capacities," as set forth in paragraphs 2.B. and 2.J. of the Order; and the term "capacity" as set forth in paragraph 3 of the Order. Specifically, the question was raised whether the term "capacity" should be defined as "design capacity" or "actual staffed capacity."

Because of the unanticipated changes of fact and law set forth above, the parties stipulate, pursuant to paragraph 4 of the Order, to modify the *Stipulation Re Permanent Injunction; Order* filed February 25, 1994 as follows:

1. The term "capacities," as set forth in paragraphs 2.B., and 2.J. of the Order, is defined as actual staffed capacities.

2

Modification re. Jail Capacity                                    Case No. 1:93-cv-05070-MCE

1    2. The term "capacity," as set forth in paragraph 3 of the Order, is defined as actual staffed capacity.

**IT IS SO STIPULATED.**

Dated: December 5, 2011

                KEVIN B. BRIGGS
                County Counsel

By:   /s/ Michael Linden_____
       Michael R. Linden, Deputy
       Attorney for Defendants
       COUNTY OF FRESNO and
       MARGARET MIMS, FRESNO COUNTY
       SHERIFF

Dated: December 5, 2011

By:   /s/ John Hagar_____
       JOHN H. HAGAR
       Attorney for Defendants
       COUNTY OF FRESNO and
       MARGARET MIMS, FRESNO COUNTY
       SHERIFF

Dated: December 5, 2011

By:   /s/ Paul Comiskey_____
       PAUL COMISKEY
       Attorney for Plaintiffs

3

Modification re. Jail Capacity            Case No. 1:93-cv-05070-MCE

Dated: December 5, 2011

By:   /s/ Catherine Campbell
      CATHERINE CAMPBELL
      Attorney for Plaintiffs

**IT IS SO ORDERED.**

Dated:  February 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE